# FORM FOR USE IN APPLICATIONS
## FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

RECEIVED

2005 MAY 16  A 9 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name  _Hoover Reynolds_

Prison Number  _133254_

Place of Confinement  _Williams E. Donaldson Corrections Facility_

United States District Court  _Middle_  District of _Alabama_

Case No. _2:05CV448 - F_
(To be supplied by Clerk of U. S. District Court)

_Hoover Reynold_ , PETITIONER
(Full Name)  (Include name under which you were convicted)

_Warden T. McDonald_ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _Alabama_

_____ , ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered.  If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury.  Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711
Montgomery, Alabama 36101

_____

_____

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack *Circuit Court of Montgomery County*

2. Date of judgment of conviction *July 27,1984*

3. Length of sentence ~~Life w/o parole~~ Sentencing Judge *Charles Price*

4. Nature of offense or offenses for which you were convicted: *Robbery in the first degree*

5. What was your plea?  (check one)
   (a) Not guilty  ( ✓ )
   (b) Guilty       ( )
   (c) Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial:    (Check one)
   (a) Jury  ( ✓ )
   (b) Judge only  ( )

7. Did you testify at the trial?  Yes  ( ✓ )   No  ( )

8. Did you appeal from the judgment of conviction?    Yes  ( )    No  ( )

9. If you did appeal, answer the following:
   (a) Name of court  *Alabama Court of Criminal Appeals*
   (b) Result  *Affirmed without opinion*
   (c) Date of result  *May 27, 1986*
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: _____ *N/A*

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?  Yes  ( ✓ )   No  ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court *U.S. District Court of the Middle District of Alabama*
        (2) Nature of proceeding *Federal Habeas Corpus*

        (3) Grounds raised 1) *Petitioner's conviction was obtained though use of a coerced confession; 2) the State destroyed evidence favorable to the petitioner; 3) the trial judge left province when he expressed an opinion concerning the questioning of a witness; 4) the Court erroneously invoked the habitual offender act; and, 5) the confessions given to the parole and probation was inadmissable.*
        (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes  ( )   No  ( )
        (5) Result *Denied*
        (6) Date of result *August 14, 1987*

(b) As to any second petition, application or motion give the same information:
    (1) Name of court *Circuit Court of Montgomery County*
    (2) Nature of proceeding *Rule - 20 petition for postconviction relief*
    (3) Grounds raised *Petitioner Conviction was obtained by use of evidence obtained pursuant to an unlawful arrest, and petitioner was denied effective assistance of trial and appellate counsel.*

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No (✓)
    (5) Result *Denied*
    (6) Date of result *May 4, 1988*

(c) As to any third petition, application or motion, give the same information:
    (1) Name of Court *Circuit Court of Montgomery County*
    (2) Nature of proceeding *Rule - 32 petition for postconviction relief*
    (3) Grounds raised *Petitioner conviction was obtained by the unconstitutional failure of the prosecution to disclose to him evidence favorable to his defense; and Petitioner sentence under the Habitual Felony Offender Act deprived him of equal protection of the law.*

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No (✓)
    (5) Result *Denied*
    (6) Date of result *October 1991*

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
    (1) First petition, etc.       Yes (✓)   No ( )
    (2) Second petition, etc.    Yes (✓)   No ( )
    (3) Third petition, etc.     Yes (✓)   No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully.  Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.
   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
   (e) Conviction obtained by a violation of the privilege against self-incrimination.
   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   (g) Conviction obtained by a violation of the protection against double jeopardy.
   (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
   (i) Denial of effective assistance of counsel.
   (j) Denial of right of appeal.

A. Ground one: *Petitioner Sentence Exceeded The Maximum Allowed By Law.*

Supporting FACTS   (tell your story briefly without citing cases or law):
*Petitioner Contends that he was denied "Due Process of Law" when he was sentenced to Life without parole imprisonment as the maximum term of imprisonment under applicable Alabama Law, Section 13A-6-41(a) of the Code of Alabama, is 10 to 99 years or Life and petition was not sentenced pursuant to the Habitual Felony Offender Act; and a fundamental miscarriage of justice would result from a failure to entertain the claim.*

B. Ground two: _____

Supporting FACTS   (tell your story briefly without citing cases or law):

C. Ground three: _____

Supporting FACTS   (tell your story briefly without citing cases or law):

D.  Ground four: _____
_____

Supporting FACTS  (tell your story briefly without citing cases or law): .
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented
    in any other court, state or federal state briefly what grounds were not so
    presented, and give your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court, wither state
    or federal, as to the judgment under attack?    Yes ( )  No (✓)

15. Give the name and address, if known, of each attorney who represented
    you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____ N/A _____ .

    (b) At arraignment and plea _Williams E, May (Address unknown)_

    (c) At trial _____ Bob E. Allen (Address unknown)_

    (d) At sentencing _Bob E. Allen ( "         " )_

    (e) On appeal _Richard D. Shinbaum; 837 N. Perry St.; Montgomery,
    AL 36102_

(f) In any post-conviction proceeding _____ *N/A* _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____
    _____ *N/A* _____
    _____

16. Were you sentenced on more than one count of an indictment, or on more
    than one indictment, in the same court and at the same time?
    Yes ( )    No ( ✓ )

17. Do you have any future sentence to serve after you complete the sentence
    imposed by the judgment under attack?
    Yes ( )    No ( ✓ )

    (a) If so, give name and location of court which imposed sentence to be
        served in the future: _____
        _____

    (b) And give date and length of sentence to be served in the future: _____
        _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the
        judgment which imposed the sentence to be served in the future?
        Yes ( )    No ( ✓ )

    Wherefore, petitioner prays that the Court grant petitioner relief to which
he may be entitled in this proceeding.


    _____
    Signature of Attorney (if any)

    I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct.  Executed on ___*April 29, 2005*___.
                                              (date)

    _____*Hoover Reynolds*_____
    Signature of Petitioner