IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOOVER REYNOLDS, #133254, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:05-CV-448-F |
| ) | |
| DONALDSON CORRECTION FACILITY, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 18th day of May, 2005.

                                         /s/ Delores R. Boyd
                                         DELORES R. BOYD
                                         UNITED STATES MAGISTRATE JUDGE