IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOOVER REYNOLDS, #133254, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 2:05-cv-448-F |
| | ) |
| TERRANCE McDONNELL, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

Upon consideration of petitioner's Motion to Reconsider Judgment, or in the Alternative, Motion for Leave to Take an Interlocutory Appeal in forma pauperis (Doc. #7) filed on July 18, 2005, it is hereby

ORDERED that the motion is DENIED.

DONE this 20th day of July, 2005.

                                                              /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE