RECEIVED
2005 AUG -1 A 9:17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

HOOVER REYNOLDS,
   Petitioner,

v.

TERRANCE McDONNEL, et al.,
   Respondents.

CASE NO. 2:05-CV-448-F

## NOTICE OF APPEAL

Notice is hereby given that Hoover, Reynolds, petitioner above named, appeals to the United States Court of Appeals for the Eleventh Circuit from the order/judgment of the United States District Court for the Middle District of Alabama entered in this action on July 20th, 2005.

Respestfully Submitted,

Hoover Reynolds
Hoover Reynolds/Petitioner
#133254 1-49
100 Warrior Lane
Bessemer, AL 35023-7299

cc:
hr